No. 72–1630. BOARD OF EDUCATION OF TRI-VALLEY CENTRAL SCHOOL DISTRICT No. 1 OF TOWN OF NEVERSINK ET AL. *v.* BOARD OF COOPERATIVE EDUCATIONAL SERVICES OF THE SOLE SUPERVISORY DISTRICT OF SULLIVAN COUNTY. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.

No. 73–5303. DUN LEAVAY *v.* LUTZ APPELLATE PRINTERS, INC., ET AL. Appeal from D. C. S. D. N. Y. dismissed for want of jurisdiction.

No. 72–6749. OWENS *v.* GOLD, DISTRICT ATTORNEY OF KINGS COUNTY. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.